# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                            §
                                                  §
SUES COMMERCIAL CONSTRUCTION  §        Case No. 09-28654
INC.
                                                  §
              Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
## ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:        Claims Discharged
                                         Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Susan L. Petry 819 Emroy Avenue Elmhurst, IL 60126 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Susan L. Petry 819 N. Emroy Ave. Elmhurst, IL 60126 | | | | | |
| | Time Savers, Inc. (TSI) 835 Industrial Drive Elmhurst, IL 60126-1107 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ADDISON BUILDING MATERIALS | | | | | |
| 000001 | CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |
| 000003 | ACER CONSTRUCTION, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Page:   1

| Case No: | 09-28654   DRC   Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
| Case Name: | SUES COMMERCIAL CONSTRUCTION INC. | | Date Filed (f) or Converted (c): | 08/05/09 (f) |
| | | | 341(a) Meeting Date: | 09/09/09 |
| For Period Ending: 12/09/13 | | | Claims Bar Date: | 12/14/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 18,544.02 | 18,544.02 | | 18,544.02 | FA |
| 2. Copy Machine | 50.00 | 50.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.36 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $18,594.02          $18,594.02                              $18,554.38          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR

October 17, 2013, 02:40 pm

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 05/31/13

/s/   GINA B. KROL

_____   Date: 12/09/13

GINA B. KROL

Ver: 17.04a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-28654 -DRC |
| Case Name: | SUES COMMERCIAL CONSTRUCTION INC. |
| Taxpayer ID No: | *******3280 |
| For Period Ending: | 12/09/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0253  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 18,256.21 | | 18,256.21 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.25 | 18,244.96 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.63 | 18,233.33 |
| 01/09/13 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 2,605.44 | 15,627.89 |
| 01/09/13 | 030002 | Chicago Regional Council of Carpenters<br>c/o Bruce C. Scalambrino<br>Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | Claim 000001, Payment 21.27233% | 7100-900 | | 10,975.25 | 4,652.64 |
| 01/09/13 | 030003 | Addison Building Materials<br>3201 S. Busse Road<br>Arlington Heights, IL 60005 | Claim 000002, Payment 21.27231% | 7100-900 | | 2,355.87 | 2,296.77 |
| *  01/09/13 | 030004 | Acer Construction, Inc.<br>17821 Chappel Ave.<br>Lansing, IL 60438 | Claim 000003, Payment 21.27230% | 7100-903 | | 2,296.77 | 0.00 |
| *  08/01/13 | 030004 | Acer Construction, Inc.<br>17821 Chappel Ave.<br>Lansing, IL 60438 | Claim 000003, Payment 21.27230% | 7100-903 | | -2,296.77 | 2,296.77 |
| 08/01/13 | 030005 | United States Bankruptcy Court<br>IL | Claim 000003, Payment 21.27230% | 7100-901 | | 2,296.77 | 0.00 |

| | Page Subtotals | 18,256.21 | 18,256.21 |
|---|---|---|---|

Ver: 17.04a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-28654 -DRC | |
| Case Name: | SUES COMMERCIAL CONSTRUCTION INC. | |
| | | |
| Taxpayer ID No: | *******3280 | |
| For Period Ending: | 12/09/13 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0253  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,256.21 | 18,256.21 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 18,256.21 | 0.00 | |
| | | | Subtotal | | 0.00 | 18,256.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 18,256.21 | |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-28654 -DRC |
|---|---|
| Case Name: | SUES COMMERCIAL CONSTRUCTION INC. |

| Taxpayer ID No: | *******3280 |
|---|---|
| For Period Ending: | 12/09/13 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9954 BofA - Money Market Account |

| Blanket Bond (per case limit): | $  5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/09 | 1 | Sue's Commercial Construction, Inc. | | 1129-000 | 18,544.02 | | 18,544.02 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,544.49 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,544.95 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,545.42 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,545.89 |
| 02/09/10 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 13.77 | 18,532.12 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.43 | | 18,532.55 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,533.02 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,533.48 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,533.95 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,534.41 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,534.88 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 18,535.36 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,535.82 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,536.29 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,536.75 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,537.22 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,537.69 |
| 02/07/11 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 15.73 | 18,521.96 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,522.10 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,522.26 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,522.41 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,522.57 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,522.72 |

| | Page Subtotals | 18,552.22 | 29.50 |
|---|---|---|---|

Ver: 17.04a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 09-28654 -DRC |
|---|---|
| Case Name: | SUES COMMERCIAL CONSTRUCTION INC. |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9954  BofA - Money Market Account |

| Taxpayer ID No: | *******3280 |
|---|---|
| For Period Ending: | 12/09/13 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,522.88 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,523.04 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,523.19 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,523.35 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.60 | 18,499.75 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,499.90 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.81 | 18,477.09 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,477.24 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.78 | 18,454.46 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,454.62 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.20 | 18,430.42 |
| 02/06/12 | 000303 | International Sureties Suite 420 701 Poydras St. New Orleans, LA  70139 | BOND BOND | 2300-000 | | 16.63 | 18,413.79 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,413.94 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.89 | 18,392.05 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,392.20 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.61 | 18,369.59 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,369.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.34 | 18,346.41 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,346.57 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.31 | 18,323.26 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,323.41 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.78 | 18,301.63 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,301.79 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.00 | 18,277.79 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 18,277.93 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET | BANK FEES | 2600-000 | | 21.72 | 18,256.21 |

| | | | | Page Subtotals | 2.16 | 268.67 | |

LFORM24UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.04a

**FORM E**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-28654 -DRC |
| Case Name: | SUES COMMERCIAL CONSTRUCTION INC. |
| | |
| Taxpayer ID No: | *******3280 |
| For Period Ending: | 12/09/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9954 BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | 9TH FLOOR<br>DALLAS, TX  75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 18,256.21 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 18,554.38 | 18,554.38 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 18,256.21 | |
| Subtotal | 18,554.38 | 298.17 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 18,554.38 | 298.17 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0253 | 0.00 | 18,256.21 | 0.00 |
| BofA - Money Market Account - *******9954 | 18,554.38 | 298.17 | 0.00 |
|  | 18,554.38 | 18,554.38 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: ___/s/___ GINA B. KROL_____   Date: 12/09/13
                     GINA B. KROL

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 18,256.21 |